# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARINO SCAFIDI, | |
| Plaintiff, | Case No. 2:14-cv-01933-RCJ-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 20, 2014, required the parties to file a Joint Status Report no later than December 23, 2014. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **January 16, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge