CAL J. POTTER, III, ESQ.
Nevada Bar No.1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARINO SCAFIDI,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; FCH1, LLC d/b/a PALMS CASINO RESORT; PALMS PLACE, LLC; UNIVERSITY MEDICAL CENTER; LT. D MCGRATH, individually; SGT. S. COMISKEY #6532, individually;DET. K. POOL #7300, individually; DET. R. BEZA #9341, individually; DET. A. CHRISTENSEN #7200, individually; CSI K. GRAMMAS #7808, individually; JERI DERMANELIAN; DOE PALMS SECURITY GUARDS I-X; DOES 1 through 10, inclusive.

    Defendants,
_____/

Case No.:   2:14-cv-01933-RCJ-GWF

## **STIPULATION AND ORDER TO STAY PROCEEDINGS**

Pursuant to LR 6-1, Plaintiff, Marino Scafidi, by and through his counsel of record Cal J. Potter, III, Esq. and C. J. Potter, IV, Esq. of Potter Law Offices; Defendants, LVMPD, Comiskey, Pool, Beza, Christensen, & Grammas (hereinafter "LVMPD Defendants") by and through their counsel of record Craig R. Anderson, Esq. of Marquis Aurbach Coffing; Defendant Jeri Dermanelian, by and through her counsel of record, S. Brent Vogel, Esq. and Paul J. Hofman, Esq. of Lewis Brisbois Bisgaard & Smith; and Defendant University Medical Center, by and through their counsel Stephen K. Lewis and Corrine P. Murphy, Esq. of Patti Sgro Lewis & Roger, hereby stipulate to stay proceedings.

1      The parties hereby stipulate to stay the proceedings in this matter as the Plaintiff's
2 underlying criminal matter is pending on appeal with the Nevada Supreme Court, case number
3 66031.
4      The parties request that all proceedings, including, but not limited to discovery, motion
5 practice, and responsive pleadings, in this matter be stayed until the criminal case is finalized
6 because of the potential fifth amendment implications.

8 . . .

10 . . .

12 . . .

14 . . .

16 . . .

18 . . .

20 . . .

22 . . .

24 . . .

26 . . .

28 . . .

1    The parties further request to file a status report on or before Thursday, July 9, 2015 to
2 advise this Honorable Court as to the status and/or outcome of the criminal case.
3    The parties do not request this stay for the purpose of delay.
4    APPROVED AS TO FORM AND CONTENT.

| | |
|---|---|
| DATED this 9th day of January, 2015. | DATED this 12th day of January, 2015. |
| POTTER LAW OFFICES | MARQUIS AURBACH COFFING |
| By:  /s/ Cal J. Potter, III, Esq.<br>CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 1988<br>C. J. POTTER, IV, ESQ.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | By  /s/ Craig R. Anderson, Esq.<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorney for Defendants LVMPD, Comiskey, Pool, Beza, Christensen, & Grammas* |
| DATED this 14th day of January, 2015. | DATED this 15th day of January, 2015. |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | PATTI, SGRO, LEWIS & ROGER |
| By  /s/ Paul Hofmann, Esq.<br>S. BRENT VOGEL, ESQ.<br>Nevada Bar No. 6858<br>PAUL J. HOFMANN, ESQ.<br>Nevada Bar No. 10369<br>6385 South Rainbow Boulevard, Ste. 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Jeri Dermanelian* | By  /s/ Corrine P. Murphy, Esq.<br>STEPHEN K. LEWIS, ESQ.<br>Nevada Bar No. 7064<br>CORRINE P. MURPHY, ESQ.<br>Nevada Bar no 10410<br>720 S. Seventh Street, 3rd floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant UMC* |
| | DATED this 13th day of January, 2015. |
| | MORAN BRANDON BENDAVID MORAN |
| | By:   /s/ Lew Brandon, Jr., Esq.<br>LEW BRANDON, JR., ESQ.<br>Nevada Bar No. 5880<br>630 S. Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Palms Defendants* |

**ORDER**

IT IS SO ORDERED.
DATED: This 20th day of January, 2015.

_____
U.S. DISTRICT COURT JUDGE

3