# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARINO SCAFIDI,                                )
                                               )
            Plaintiff,                    )
                                               )
      vs.                                 )        2:14-cv-01933-RCJ-GWF
                                               )
                                               )        **ORDER**
LAS VEGAS METROPOLITAN POLICE                  )
DEPARTMENT et al.,                             )
                                               )
            Defendants.                   )
                                               )

After a state district court dismissed criminal charges against him, Plaintiff sued Defendants in state court for federal civil rights violations and various state law torts based on the prosecution. Defendants removed. One Defendant moved to dismiss, and another moved for summary judgment. While those motions were pending, the Court granted a stipulation to stay the case pending the Nevada Supreme Court's resolution of the State's appeal of the dismissal of the underlying criminal action. The Nevada Supreme Court has since reversed the state district court's dismissal of the criminal information against Plaintiff and remanded for further proceedings. Briefing on a reexamination of the dismissal motion is scheduled in the state district court for July 24, 2015. Regardless of whether the state district court grants or denies the motion, however, there will likely be a further appeal (or mandamus action) and/or a trial followed by an appeal. The parties therefore request an indefinite stay until the criminal proceedings are finalized.

///

///

///

1

## CONCLUSION

IT IS HEREBY ORDERED that the case is STAYED until further notice.

IT IS FURTHER ORDERED that all pending motions are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated this 13th day of July, 2013.

_____
ROBERT C. JONES
United States District Judge