# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARINO SCAFIDI,<br><br>           Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>           Defendants. | Case No.:  2:14-CV-01933-RCJ-GWF<br><br>**ORDER SETTING HEARING** |

### ORDER IN CHAMBERS

   Presently before the Court, is Cal J. Potter, III, Esq.'s, C.J. Potter, IV, Esq.'s, and Potter Law Offices' Motion to Withdraw as Counsel of Record for Plaintiff (ECF #34).   Accordingly,

   IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, January 15, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

   IT IS SO ORDERED this 6th day of January, 2016.

_____
ROBERT C. JONES
District Judge