# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARINO SCAFIDI, | Case No.: 2:14-CV-01933-RCJ-GWF |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Presently before the Court, is LVMPD Defendants' Motion for Summary Judgment (ECF No. 48). Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT is set for 10:00 A.M. Thursday, October 26, 2017, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 28th day of September, 2017.

_____
ROBERT C. JONES
District Judge