KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARINO SCAFIDI, ) Case No: 2:14-cv-01933-RCJ-GWF
Individually, )
        Plaintiff, )
vs. )
LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT, et al.; )
        Defendants. )

## STIPULATION TO DISMISS DEFENDANT FP HOLDINGS, LP WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, MARINO SCAFIDI, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ. and GARY A. MODAFFERI, ESQ., and the Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, LT. D. McGRATH, SGT. S. COMISKEY, DET. K. POOL, DET. R. BEZA, DET. A. CHRISTENSEN, CSI K. GRAMMAS, all by and through their undersigned counsel, CRAIG R. ANDERSON, ESQ.; Defendant JERI DERMANELIAN, by and through his undersigned counsel, STEPHEN B. VOGEL, ESQ.; and Defendant FP HOLDINGS, L.P., by and through its undersigned counsel, LEWIS W. BRANDON, JR., that all claims against the Defendant FP HOLINDGS, L.P., shall be dismissed with prejudice from the Complaint and that the

1

Plaintiff and the Defendant FP Holdings,L.P. shall bear their own attorneys fees and costs.

s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 8910
(702) 385-5534
Attorney for Plaintiff

Dated: 6/6/18

/s/Gary A. Modafferi
GARY A. MODAFFERI, ESQ.
Nevada Bar No: 12450
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 474-4222
Attorney for Plaintiff

Dated: 6/6/18

/s/Craig R. Anderson
CRAIG R. ANDERSON, ESQ.
Nevada Bar No: 6882
Marquis Aurbach & Coffing
10001 Park Run Drive
Las Vegas, NV 89145
(702) 942-2136
Attorney for LVMPD Defendants

Dated: 6/6/18

/s/Stephen B. Vogel
STEPHEN B. VOGEL, ESQ.
Nevada Bar No: 6858
Lewis Brisbois et al.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
(702) 893-3383
Attorney for Defendant Dermanelian

Dated: 6/6/18

/s/Lewis W. Brandon, Jr.
LEWIS W. BRANDON, JR., ESQ.
Nevada Bar No: 5880
Moran & Associates
630 S. Fourth St., Ste. 400
Las Vegas, NV 89101
(702) 384-8424
Attorney for Defendant
FP Holdings, L.P.

Dated: 6/6/18

## **ORDER**

IT IS SO ORDERED.

Dated this **15** day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE