**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARINO SCAFIDI, Individually, | ) ) ) | Case No: 2:14-cv-01933-RCJ-GWF |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.; | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT DERMANELIAN'S MOTION FOR SUMMARY JUDGMENT ECF 72**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, MARINO SCAFIDI, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ. and GARY A. MODAFFERI, ESQ., and the Defendant JERI DERMANELIAN, by and through her undersigned counsel, S. BRENT VOGEL, ESQ., that the Plaintiff's opposition to the Defendant's motion for summary judgment is due September 30, 2020, and due to scheduling concerns, the Plaintiff has requested additional time to file his response, and the parties therefore agree to extend the time for the filing of the Plaintiff's response to the Defendant's motion for summary judgment, ECF 72, for a period of 14 additional days to October 14, 2020.

This is the first request by the Plaintiff to extend the time for the filing of the

1

Plaintiff's response to the Defendant's motion for summary judgment, ECF 72.

s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 8910
(702) 385-5534
Attorney for Plaintiff

Dated: 9/21/20

/s/Craig R. Anderson
CRAIG R. ANDERSON, ESQ.
Nevada Bar No: 6882
Marquis Aurbach & Coffing
10001 Park Run Drive
Las Vegas, NV 89145
(702) 942-2136
Attorney for LVMPD Defendants

Dated: 9/21/20

/s/Gary A. Modafferi
GARY A. MODAFFERI, ESQ.
Nevada Bar No: 12450
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 474-4222
Attorney for Plaintiff

Dated: 9/21/20

/s/Stephen B. Vogel
S. BRENT VOGEL, ESQ.
Nevada Bar No: 6858
Lewis Brisbois et al.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
(702) 893-3383
Attorney for Defendant Dermanelian

Dated: 9/21/20

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE