|   |   |   |
|---|---|---|
| 1 | S. BRENT VOGEL<br>Nevada Bar No. 006858 | |
| 2 | Brent.Vogel@lewisbrisbois.com<br>HEATHER ARMANTROUT | |
| 3 | Nevada Bar No. 014469<br>Heather.Armantrout@lewisbrisbois.com | |
| 4 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600 | |
| 5 | Las Vegas, Nevada 89118<br>702.893.3383 | |
| 6 | FAX: 702.893.3789<br>*Attorneys for Defendant Jeri Dermanelian* | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARINO SCAFIDI,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; FCH1, LLC d/b/a PALMS CASINO RESORT; PALMS PLACE, LLC; UNIVERSITY MEDICAL CENTER; LT. D. MCGRATH, individually; SGT. S. COMISKEY #6532, individually; DET K. POOL #7300, individually; DET. R. BEZA #9341, individually; DET. A. CHRISTENSEN #7200, individually; CSI K. GRAMMAS #7808,, individually; JERI DERMANELIAN; DOE PALMS SECURITY GUARDS 1-X; DOES 1through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-01933-RCJ-GWF<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT JERI DERMANELIAN'S REPLY TO PLAINTIFF'S RESPONSE [ECF 74] TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF 72]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, JERI DERMANELIAN, by and through her undersigned counsel, S. BRENT VOGEL, ESQ. and HEATHER ARMANTROUT, ESQ.; LVMPD Defendants, by and through their undersigned counsel, CRAIG R. ANDERSON, ESQ.; and Plaintiff, MARINO SCAFIDI, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ. and GARY A. MODAFFERI, ESQ., that Defendant Dermanelian's Reply to Plaintiff's Response ECF 74,

4848-2959-3039.1

to Defendant's Motion for Summary Judgment ECF 72, is due on October 26, 2020, and due to scheduling concerns, Defendant Dermanelian has requested additional time to file her reply, and the parties therefore agree to extend the time for the filing of the Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, ECF 72, for a period of 14 additional days to November 9, 2020.

     This is the first request by the Defendant to extend the time for the filing of the Defendant's Reply to Plaintiff's Response to Motion for Summary Judgment, ECF 72.

| Dated October 19, 2020 | Dated October 19, 2020 |
|---|---|
| /s/ Heather Armantrout<br>S. BRENT VOGEL, ESQ.<br>Nevada Bar No. 6858<br>HEATHER ARMANTROUT<br>Lewis Brisbois Bisgaard & Smith, LLP<br>Nevada Bar No. 14469<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>(702) 893-3383<br>*Attorneys for Defendant Jeri Dermanelian* | /s/ Kirk T. Kennedy<br>KIRK T. KENNEDY, ESQ.<br>Nevada Bar No. 5032<br>815 S. Casino Center Blvd.<br>Las Vegas, Nevada 89101<br>(702) 385-5534<br>*Attorneys for Plaintiff* |
| Dated October 19, 2020 | Dated October 19, 2020 |
| /s/ Craig R. Anderson<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>Marquis Aurbach & Coffing<br>10001 Park Run Drive<br>Las Vegas, Nevada 8914<br>(702) 942-2136<br>*Attorney for LVMPD Defendants* | /s/ Gary A. Modafferi<br>GARY A. MODAFFERI, ESQ.<br>Nevada Bar No. 12450<br>815 S. Casino Center Blvd.<br>Las Vegas, Nevada 89101<br>(702) 474-4222<br>*Attorneys for Plaintiff* |

**ORDER**

    IT IS SO ORDERED.

    Dated this 21st day of December, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE