**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MARINO SCAFIDI

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.

    Defendant.

CASE NO.: 2:14-cv-01933-RCJ-GWF

ORDER GRANTING **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND**

Pursuant to LR IA 11.6(e), Sgro and Roger, hereby moves this Court for an Order removing attorney Anthony P. Sgro from all service lists, including the court's electronic notification list, in the above-captioned case.

///

///

///

- 2 -

Mr. Sgro no longer represents the defendant.

DATED this 22 day of October, 2021.

SGRO & ROGER

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
**SGRO & ROGER**
720 S. 7th Street, Third Floor
Las Vegas, Nevada 89101

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:  November 10, 2021