**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARINO SCAFIDI,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; FCH1, LLC d/b/a PALMS CASINO RESORT; PALMS PLACE, LLC; UNIVERSITY MEDICAL CENTER; LT. D. MCGRATH, individually; SGT. S. COMSIKEY, #6532, individually; DET. K. POOL, #7300, individually; DET. A. CHRISTENSEN, #7200, individually; CSI K. GRAMMAS, #7808, individually; JERI DERMANELIAN; DOE PALMS SECURITY GUARDS I-X, DOES 1-10, inclusive<br><br>                Defendants. | CASE NO.: 2:14-cv-01933-RCJ-GWF<br><br>**ORDER GRANTING MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

Pursuant to LR IA 11.6(e), of BRANDON SMERBER LAW FIRM, hereby moves this Court for an Order removing attorneys LEW BRANDON, JR., ESQ., e-mail address: l.brandon@bsnv.law, JUSTIN W. SMERBER, ESQ., e-mail address: j.smerber@bsnv.law, JEFFREY ORR, ESQ., e-mail address: j.orr@bsnv.law, and SARA PASQUALE, ESQ., e-mail

address: s.pasquale@bsnv.law from all service lists, including the court's electronic notification list, in the above-captioned case, as Defendant was dismissed from this matter on June 15, 2018 (See Doc# 62).

DATED this 16th day of November, 2021.

BRANDON │ SMERBER LAW FIRM

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
139 E Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
FCH1, LLC d/b/a PALMS CASINO RESORT
and PALMS PLACE, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 23, 2021