**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARINO SCAFIDI, Individually, | Case No: 2:14-cv-01933-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.; | |
| Defendants. | |

**ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT LVMPD'S MOTION FOR SUMMARY JUDGMENT**
**ECF 107**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, MARINO SCAFIDI, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ. and GARY A. MODAFFERI, ESQ., and the Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SGT. S. COMISKEY, DET. K POOL, DET. R. BEZA, DET A. CHRISTENSEN and CSI K. GRAMMAS by and through their undersigned counsel, CRAIG R. ANDERSON, ESQ., that the Plaintiff's opposition to the Defendants' motion for summary judgment is due May 30, 2022, and due to scheduling concerns and time needed for research and preparation, the Plaintiff has requested additional time to file his response, and the parties therefore agree to extend the time for the filing of the Plaintiff's response to the Defendant's motion for summary judgment, ECF 107, for a period of 30 additional days to June 29, 2022.

Given the requested time by this stipulation and factoring in the Defendant's time

to file a reply, as well as, for the Court to decide the pending motion, the parties stipulate to also vacate and continue the calendar call date of July 5, 2022, and the trial setting of August 1, 2022, to be reset after the Court's ruling on the Defendants' motion for summary judgment.

This is the first request by the Plaintiff to extend the time for the filing of the Plaintiff's response to the Defendant's motion for summary judgment, ECF 107.

s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 8910
(702) 385-5534
Attorney for Plaintiff

Dated: 5/16/22

/s/Craig R. Anderson
CRAIG R. ANDERSON, ESQ.
Nevada Bar No: 6882
Marquis Aurbach & Coffing
10001 Park Run Drive
Las Vegas, NV 89145
(702) 942-2136
Attorney for LVMPD Defendants

Dated: 5/16/22

/s/Gary A. Modafferi
GARY A. MODAFFERI, ESQ.
Nevada Bar No: 12450
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 474-4222
Attorney for Plaintiff

Dated: 5/16/22

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE