**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
 Attorneys for Defendants LVMPD, Comiskey, McGrath, Pool, Beza, Christensen and Grammas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARINO SCAFIDI,<br><br>                    Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; FCH1, LLC d/b/a PALMS CASINO RESORT; PALMS PLACE, LLC; UNIVERSITY MEDICAL CENTER; LT. D. MCGRATH, individually; SGT. S. COMISKEY, #6532, individually; DET. K. POOL, #7300, individually; DET. R. BEZA, #9341, individually; DET. A. CHRISTENSEN, #7200, individually; CSI K. GRAMMAS, #7808, individually; JERI DERMANELIAN; DOE PALMS SECURITY GUARDS I-X , DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:   2:14-cv-01933-RFB-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LVMPD DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

Plaintiff Marino Scafidi ("Plaintiff"), by and through his counsel of record, Kirk T. Kennedy, Esq. and Defendants LVMPD, Comiskey, McGrath, Pool, Beza, Christensen and Grammas ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach, hereby stipulate and agree that this Court extend the deadline for the LVMPD Defendants to file their Reply to Plaintiff's Opposition to the LVMPD Defendants' Motion for Summary Judgment (ECF No. 107) in the above-captioned matter from July 11, 2022 to July 25, 2022.

## I. PROCEDURAL HISTORY

1. On May 9, 2022, the LVMPD Defendants filed their Motion for Summary Judgment. (ECF No. 107).

2. On June 27, 2012, the Plaintiff filed his Opposition to the LVMPD Defendants' Motion for Summary Judgment. (ECF No. 115.)

3. On June 29, 2022, the Plaintiff filed his Errata to Opposition to LVMPD Defendants' Motion for Summary Judgment. (ECF No. 117.)

4. Prior to this instant Stipulation and Order to Extend Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment (First Request), the initial deadline for the LVMPD Defendants to respond is July 11, 2022.

5. Defense counsel has numerous expert depositions, witness depositions, and other motions occurring or due during the same time period.

6. In addition, Defense counsel is out of the jurisdiction from July 1, 2022 until July 7, 2022.

7. In order to properly brief the LVMPD Defendants' Reply to Plaintiff's Opposition, additional time is necessary.

8. The parties stipulated to extend the time to respond from July 11, 2022 to **July 25, 2022** as necessary and appropriate.

9. Accordingly, the parties herein now stipulate to extend the time to file the LVMPD Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment from July 11, 2022 to **July 25, 2022**.

/ / /

/ / /

/ / /

M&A:05166-831 4765400_1 6/29/2022 3:09 PM

10. This extension is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED this 29th day of June, 2021.

MARQUIS AURBACH						KIRK T. KENNEDY

By:  *s/Craig Anderson*					By:  *s/Kirk T. Kennedy*
    Craig R. Anderson, Esq.					Kirk T. Kennedy, Esq.
    Nevada Bar No. 6882						Nevada Bar No. 5032
    10001 Park Run Drive					815 S. Casino Center Blvd.
    Las Vegas, Nevada 89145					Las Vegas, Nevada 89101
    Attorneys for Defendants LVMPD,			Attorney for Plaintiff
    Comiskey, Pool, McGrath, Beza,
    Christensen and Grammas

## ORDER

IT IS SO ORDERED THIS __ day of June, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of July, 2022.

Page 3 of 3

M&A:05166-831 4765400_1 6/29/2022 3:09 PM